1  MICHELLE R. BURROWS OSB86160
   Attorney at Law
2  618 NW Glisan Ste. 203
   Portland OR 97209
3  503/241-1955
   503/241-3127 (facsimile)
4  mrburrows@qwest.net

5      Attorney for Plaintiffs

6

7

8

9

10                IN THE UNITED STATES DISTRICT COURT

11                    FOR THE DISTRICT OF OREGON

12 CHILD/ADULT INTERVENTION SERVICES, a )
   private non-profit Oregon corporation, Dr. )   No. 3:07-cv-1778MO
13 GEORGE ROBERT FLEMING, RENE )
   LAUNSTEIN, Dr. RICHARD KING, BRUCE )          PLAINTIFFS' AMENDED
14 JANES,                              )          MOTION TO DISMISS
                                       )          WITH PREJUDICE
15              Plaintiffs,            )
                                       )
16 ALISON KINSEY, PATRICK SCHRIENER,   )
   MULTNOMAH COUNTY, a municipal       )
17 corporation, JOHN WENTWORTH,        )
   KATHERINE GOTCH,              ,     )
18 RANDALL SETTELL, CARL JABBER,       )
                                       )
19              Defendants.            )

20
       Comes now plaintiffs and moves to dismiss all defendants from the claims raised in this
21
   litigation *with prejudice*. Defendants have no objection to this motion. Each side shall bear their
22

23                                                          Michelle R. Burrows
                                                              Attorney at Law
24                                                         618 NW Glisan Ste. 203
                                                            Portland OR 97209
25 1–PLAINTIFF'S MOTION TO DISMISS                             503/241-1955

1  own costs and disbursements.

2  Dated this 10th day of October 2008.

3  Respectfully submitted,

5  /s/   Michelle R. Burrows
   Michelle R. Burrows OSB86160
6  Attorney for Plaintiffs

25  2–PLAINTIFF'S MOTION TO DISMISS

Michelle R. Burrows
Attorney at Law
618 NW Glisan Ste. 203
Portland OR 97209
503/241-1955